UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 15 P 12:03

SCOTT FARRON ROBARE     :
                        PRISONER
        v.              :    3:02CV234 (JCH)(HBF)

JOHN J. ARMSTRONG, ET AL :


PLAINTIFF'S MOTION FOR COURT REVIEW
OF MAGISTRATE FITZSIMMONS RULING.

Pursuant to 28 USC 636 Sub. (B)(1)(A)
and Rule 72 Sub. (A) FRCP.

As plaintiff's complete litigating abilities pertinent this case relies fully upon a Self Help Litigation Manual, and or a Jailhouse Lawyers rhetoric not understood, yet followed. Plaintiff's submitted motion of 8-21-03 would be plaintiff's only because of law, as to present himself afore this Judge on any future date would be absolutely ignorant.

When therein plaintiff's motion for the

Appointment of Counsel, dated 8-21-03, page 2. Clearly and concisely explain the facts demonstrating this Conflict of Interest, as logically one would understand how being that the Legal Assistance Program is under contract with the Defendants in this case, thus how is that fact NOT A CONFLICT OF INTEREST were plaintiff to expect, and or ask, the recipients of that contract to assist plaintiff anent a case that verses the remunerators of said contract. Equivalent to the Defendants in this case actually paying for plaintiff's attorney whereas how could plaintiff even begin to assume he could be fully represented when contractually the sole legal representation afforded plaintiff would be based upon criterion requiring plaintiff to know what to ask for. When plaintiff cannot even begin to understand what it is he will need to litigate.

Thus it appears that Magistrate Fitzsimmons is handing down rulings of one pretext after another pretext to frustrate plaintiffs litigation, as her Ruling of 6-27-03 refers to this Conflict of Interest regarded to amidst her Ruling of 9-26-03, yet fails to claim of the "Courts Failure to See" relevant this latter Ruling. Rather her previous ruling dictates procedure to be followed thus merely set aside for an

- 2 -

reiterate excuse not to be appointed counsel this indigent prisoner any fair and just access to the court.

WHEREAS plaintiff humbly seeks a ruling reversal relevant Plaintiff's Motion For The Appointment of Counsel, dated 8-21-03

October 7th 2003                                Respectfully Submitted
( PRO SE Plaintiff )   S. J. Robare
\#106463 Scott Farron Robare
287 Bilton Road, P.O. Box 665
Somers, CT. 06071

CERTIFICATION

This is to certify that a true copy of the foregoing motion was mailed, postage prepaid, on this day of 10-7-03 pursuant to Rule-5(b) of the FRCP, to Terrence M. O'Neil, Assistant Attorney General, office of the Attorney General, 110 Sherman Street, Hartford, CT. 06105

S. J. Robare
\#106463 Scott Farron Robare
( PRO SE Plaintiff )

-3-