UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT FARRON ROBARE       :
                          :
v.                        :   CIVIL ACTION NO.
                          :   3-02-cv-234 (JCH)(HBF)
                          :
JOHN ARMSTRONG, et al.    :   MARCH 8, 2004

## RULING AND ORDER

This ruling considers an objection[1] filed by the plaintiff to a ruling issued by the Honorable Holly B. Fitzsimmons, U.S.M.J. on September 30, 2003.  The ruling denied the plaintiff's motion for appointment of counsel.  (See Dkt. No. 31.)

With certain listed exceptions, a district judge may refer pretrial motions to a magistrate judge for determination.  See 28 U.S.C. § 636(b)(1)(A).  The district judge may reconsider these pretrial matters on a motion by a party where the party shows that the magistrate judge's order is "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A).  With regard to the listed motions, which include motions to dismiss and motions for preliminary injunctive relief, the magistrate judge may issue a recommended ruling, to which the parties may object within ten days.  If a party objects, the district judge considers de novo the portion of the recommended ruling to which objection was made.  The ruling objected to by the plaintiff is not within the exceptions for which a magistrate

---

[1] The document is entitled "Plaintiff's Motion For Court Review of Magistrate Fitzsimmons Ruling."

judge may issue only a recommended ruling.

After careful review of the Magistrate's ruling, the court concludes that the Magistrate's ruling denying the plaintiff's Motion for Appointment of Counsel is not clearly erroneous or contrary to law. Accordingly, the plaintiff's objection is overruled.

Also pending before the court is plaintiff's "Motion to Withdraw Without Prejudice." The plaintiff appears to seek to withdraw this action because the court has denied his motion for appointment of counsel, and he does not think that he can proceed in the action without the assistance of an attorney.

Because the deadlines in the court's scheduling order have expired, the matter is referred to Magistrate Judge Fitzsimmons for a pretrial conference. The plaintiff may raise his concerns regarding his pro se status at the conference and, if it is clear that he seeks to withdraw because he is unrepresented, he may renew that motion at the conference. In view of this order, the plaintiff's motion to withdraw is denied without prejudice to renewal at or after the pretrial conference.

## CONCLUSION

The plaintiff's Objection [Dkt. No. 33] to the Magistrate's September 30, 2003 Ruling is **OVERRULED**. The Motion to Withdraw Without Prejudice [Dkt. No. 32] is **DENIED** without prejudice to renewal. The case is referred to Magistrate Judge Fitzsimmons for a pretrial conference.

**SO ORDERED.**

Dated this 8th day of March, 2004, at Bridgeport, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge