UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT FARRON ROBARE | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-02-cv-234 (JCH)(HBF) |
| | : | |
| JOHN ARMSTRONG, et al. | : | MARCH 11, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____     All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____     A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____     To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____     A ruling on the following motion which is currently pending (orefm.):

   √     A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge