UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 10 P 1:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SCOTT FARRON ROBARE  : CIVIL NO.
: 3:02CV234 (JCH)(HBF)
    Plaintiffs,  :
:
v.  :
:
JOHN J. ARMSTRONG, et al.  :
:  May 7, 2004
    Defendant.  :

### APPEARANCE

Please enter my appearance as amicus for the plaintiff in the above-captioned action, in lieu of Philip Tegeler.

Respectfully Submitted,

BY: _____
Annette Lamoreaux (ct25365)
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 211
Fax: 860-728-0287
E-mail: annettel@cclu.org

## CERTIFICATE OF SERVICE

This is to certify that on this ~~2~~7th day of May 2004, a copy of the foregoing has been mailed postage prepaid to:

Henri Alexandre
Office of The Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105

Terrance O'Neill
Office of The Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105

Scott Farron Robare
Inmate #106463
Northern Correctional Institute
PO Box 665
Somers, CT 06071

_____
Annette Lamoreaux