UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT FARRON ROBARE<br>    Plaintiff | | |
| v.<br>JOHN J. ARMSTRONG, Commissioner for the Connecticut State Department of Correction, LARRY J. MEYERS, Warden of the Northern Correctional Institution (NCI) at Somers, Connecticut, TERRY MURPHY, NCI - Mailroom Officer/Supervisor, THOMAS COATES, NCI - Administrative Major, CHRISTINE WHIDDEN, NCI - Programs and Treatment Major and MICHAEL LAJOIE, NCI - Operations Major, (All in their individual and official capacity)<br>    Defendants | | 3:02CV234 JCH |

## JUDGMENT

This action came on before the Honorable Janet C. Hall, United States District Judge as a result of plaintiff's request to withdraw this action. After reviewing the papers submitted in connection with the request, the Court endorsed the request on April 28, 2004, granting the request

Therefore, it is ORDERED and ADJUDGED that the action is withdrawn and the case is closed.

Dated at Bridgeport, Connecticut, this 12th day of May, 2004.

KEVIN F. ROWE, Clerk

By _____
        Deputy Clerk

Entered on Docket_____

Entered on Docket_____